# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OTTER PRODUCTS, LLC, and TREEFROG DEVELOPMENTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FELLOWES, INC. <br><br> Defendant | Case No. 1:19-cv-06195 <br><br> JUDGE ROWLAND <br><br> MAGISTRATE JUDGE HARJANI <br><br> JURY TRIAL DEMANDED |

## MOTION FOR ENTRY OF PARTIAL JUDGMENT

1. Plaintiffs Otter Products LLC and TreeFrog Developments, Inc. ("Plaintiffs") respectfully request that the Court enter partial judgment, pursuant to Federal Rule of Civil Procedure 54(b), based on the dismissal with prejudice of the causes of action pled in Fellowes' Counntercomplaint (Dkt. 30).

2. On February 16, 2020, Defendant Fellowes, Inc. ("Defendant") stipulated to dismissal with prejudice of "the causes of action pled in the counterclaim of Docket Entry 30." (Dkt. 48). On February 20, 2020, the Court dismissed with prejudice "the causes of action pled in the counterclaim of Docket Entry 30." (Dkt 50).

3. Fellowes' Counntercomplaint (Dkt. 30) pled three causes of action: (1) infringement of U.S. Patent No. 10,084,502; (2) infringement of U.S. Patent No. 9,853,674; and (3) the non-infringement and invalidity of U.S. Patent Nos. 8,342,325; 8,393,466; 8,526,180; 8,531,834; 8,564,950; 9,549,598; 9,660,684; and 9,498,033 ("Plaintiffs' Asserted Patents"). (Dkt. 30, at Counntercomplaint).

4. Rule 54(b) authorizes the Court to "direct entry of a final judgment as to one or more, but fewer than all, claims . . . if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). Furthermore, dismissal of a claim with prejudice "is a judgment on the merits." *E.g., Power Mosfet Techs., L.L.C. v. Siemens AG*, 378 F.3d 1396, 1416 (Fed. Cir. 2004).

5. Fellowes' dismissal of its claims with prejudice operates as an adjudication on the underlying merits of those dismissed claims. As such, judgment should now be entered in favor of Plaintiffs and against Defendant with regards to three sets of claims:

   a. Defendant's claim of infringement of the '502 and '674 Patents (Dkt. 30, Counts I and II, respectively);

   b. Defendant's declaratory judgment claim of non-infringement and invalidity of Plaintiffs' Asserted Patents (Dkt. 30, Count III);

   c. Plaintiffs' claim of infringement of Plaintiffs' Asserted Patents (Dkt. 22, Counts IV to XI).

6. In light of the above facts and law, Plaintiffs respectfully request that the Court enter judgment in Plaintiffs' favor and against Defendant on Fellowes' prejudicially dismissed Counterclaim Counts I through III as well as on Plaintiffs' corresponding claims of the Amended Complaint (Dkt. 22), Counts IV-XI.

Dated: February 21, 2020

Respectfully submitted,

By: /s/ James Beard

James W. Beard (*pro hac vice*)
**Merchant & Gould P.C.**
1801 California Street, Suite 3300
Denver, Colorado 80202

303. 357.1670 (Telephone)
612.332.9081 (Facsimile)
jbeard@merchantgould.com

Reid P. Huefner
Margaret A. Herrmann
**Irwin IP LLC**
222 South Riverside Plaza
Suite 2350
Chicago, IL 60606
312.667.6080 (Telephone)
rhuefner@irwinip.com
mherrmann@irwinip.com

*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **Motion for Entry of Partial Judgment** has, on February 21, 2020, been filed with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel on record, namely:

Peter J. Shakula (#6204370)
pjshakula@woodphillips.com
WOOD PHILLIPS
500 West Madison Street, Suite 3800
Chicago, IL 60661-2562
Tel: 312.876.1800
Fax: 312.876.2020

William P. Atkins
william.atkins@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd.
McLean, VA 22102
Tel: 703.770.7900

*Attorneys for Defendant
Fellowes, Inc.*

By: */s/ James Beard*

James W. Beard (*pro hac vice*)
**Merchant & Gould P.C.**
1801 California Street, Suite 3300
Denver, Colorado 80202
303. 357.1670 (Telephone)
612.332.9081 (Facsimile)
jbeard@merchantgould.com

Dated: February 21, 2020